

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

STYLE OF CASE: KENNETH COZART, in his Own Right and on Behalf of Others Similarly Situated
v. BLUESTONE INDUSTRIES, INC.; and JILLEAN L. JUSTICE, JAMES C. JUSTICE, III and JAMES T. MILLER, Individually.
In the U.S. District Court for the Southern District of WV, Beckley Division
CA No. 5:18-CV-00397 (Hon. Irene C. Berger)

## REPORT OF MEDIATOR

A Settlement Conference was held in the above-captioned matter on January 8, 2019 in Charleston, WV. As a result of this conference:

1. \_\_\_\_\_ This case was settled.

2. \_\_\_\_\_ Additional mediation will take place in this case during the next several weeks, after which this form will be updated and resubmitted.

3. \_\_X\_\_ This case was not settled and it is my opinion that:

   (a) \_\_\_\_\_ The next step should be a Court-conducted status conference.

   (b) \_\_\_\_\_ The next step should be a Court-conducted settlement conference.

   (c) \_\_X\_\_ This case should proceed in normal course.

4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

Mediator: /s/ Stephen J. Dalesio, Esq.      Date: January 8, 2019

\*\*\* Please mail this form to the appropriate Clerk's office.



**STEPHEN J. DALESIO, ESQUIRE**

(412)-559-8375
steve@dalesiolaw.com
P.O. Box 1115
Moon Township, PA 15108
dalesiolaw.com

January 8, 2019

Rory L. Perry, II, Clerk
U.S. District Court
Southern District of West Virginia
110 North Heber Street, Room 119
Beckley, WV  25801

      RE:    KENNETH COZART, in his Own Right and on Behalf of Others Similarly Situated v. BLUESTONE INDUSTRIES, INC.; and JILLEAN L. JUSTICE, JAMES C. JUSTICE, III and JAMES T. MILLER, Individually.
In the U.S. District Court for the Southern District of WV, Beckley Division
CA No. 5:18-CV-00397 (Hon. Irene C. Berger)

Dear Mr. Perry:

    On January 8, 2019 I served as a mediator for the above-referenced matter.  Pursuant to LR Civ. P 16.06(h), I am enclosing herewith for filing my Mediation Report.  A copy of the same is being provided to Judge Irene C. Berger and to counsel of record.

    Thank you.

                                        Very truly yours,

                                        *Stephen J. Dalesio*

                                        Stephen J. Dalesio

SJD/ad
Enclosure

    cc:    The Honorable Irene C. Berger, Judge (*via U.S. Mail, w/enc.*)

*(Via Electronic Mail, w/enc.)*

    Cc:    John F. Hussell, IV, Esq. *(John.Hussell@wwdhe.com)*
           Andrew L. Ellis, Esq. *(Drew.Ellis@wwdhe.com)*
           Gregory A. Hewitt, Esq. *(GHewitt@hewittsalvatore.com)*
           Anthony J. Majestro, Esq. *(AMajestro@powellmajestro.com)*
           James C. Powell, Esq. *(JPowell@powellmajestro.com)*