IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

KENNETH COZART, in his own right
and on behalf of others similarly situated,

    Plaintiff,

v.                                            Case No.: 5:18-cv-00397
                                            Honorable Judge Irene C. Berger

BLUESTONE INDUSTRIES, INC. and
JILLEAN L. JUSTICE, JAMES C. JUSTICE, III
JAMES T. MILLER, individually,

    Defendants.

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE MENTIONING
ANY OTHER LITIGATION INVOLVING PLAINTIFF**

On June 21, 2019, comes the Plaintiff by counsel and moves the Court for an Order prohibiting the mentioning of any other litigation involving the Plaintiff unless there is proper evidence by the Defendant to associate any other litigation with this action.

WHEREFORE, it will be prejudicial to the Plaintiff if the jury is advised of other litigation.

WHEREFORE, the Plaintiff makes this Motion in Limine to exclude any mention of any other litigation in this matter by the Defendant.

                                                        **KENNETH COZART
                                                        By Counsel**

                                                        s/ Anthony J. Majestro
                                                        Anthony J. Majestro (WVSB 5165)
                                                        J.C. Powell (WVSB 2957)
                                                       Powell & Majestro, PLLC
                                                       405 Capitol Street, Suite P1200
                                                       Charleston, WV  25301
                                                       Phone:  304-346-2889
                                                       Fax:    304-346-2895
                                                       amajestro@powellmajestro.com
                                                       jcpowell@powellmajestro.com

Greg A. Hewitt (WVSB 7457)
Anthony M. Salvatore (WVSB 7915)
Hewitt & Salvatore, PLLC
204 North Court Street
Fayetteville, WV  25840
Phone:  304-574-0272
Fax:      304-574-0273
ghewitt@hewittsalvatore.com
asalvatore@hewittsalvatore.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

KENNETH COZART, in his own right
and on behalf of others similarly situated,

    Plaintiff,

v.

    Case No.: 5:18-cv-00397
    Honorable Judge Irene C. Berger

BLUESTONE INDUSTRIES, INC. and
JILLEAN L. JUSTICE, JAMES C. JUSTICE, III
JAMES T. MILLER, individually,

    Defendants.

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, does hereby certify that the foregoing **Plaintiff's Motion in Limine to Exclude Mentioning Any other Litigation Involving Plaintiff** has been filed with the Court on this 21 day of June, 2019, using the CM/ECF system.

    s/ Anthony J. Majestro
    Anthony J. Majestro (WVSB 5165)
    Counsel for Plaintiff